# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 20-362 consolidated with CA 20-361

**MICHAEL ROBERTSON**

**VERSUS**

**UV INSURANCE RISK RETENTION**

**GROUP, INC., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 102823
HONORABLE MICHELLE M. BREAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and D. Kent Savoie, Judges.

**AFFIRMED AS AMENDED.**

Stephen Gary McGoffin
Durio, McGoffin, Stagg & Ackermann, PC
P. O. Box 51308
Lafayette, LA 70505
(337) 233-0300
COUNSEL FOR DEFENDANTS/APPELLEES:
    Neurological Solutions of LafayetteLLC
    William Brennan, M.D.

Bryan David Scofield
James To Rivera
Jessica W. Marchand
Scofield & Rivera
100 E. Vermilion Street, Suite 301
Lafayette, LA 70501
(337) 235-5353
COUNSEL FOR DEFENDANTS/APPELLANTS:
    UV Logistics, LLC
    UV Insurance Risk Retention Group, Inc.
    2-S Trucking, LLC
    Larry Saltzman

Michael J. Remondet, Jr.
Michael R. Guidry
Jeansonne & Remondet
P.O Box 91530
Lafayette, LA 70509
(337) 237-4370
COUNSEL FOR PLAINTIFF/APPELLEE:
    Latoya Fontenot

Barton Bernard
Bart Bernard Law Firm
1031 Camellia Blvd.
Lafayette, LA 70508
(337) 989-2278
COUNSEL FOR PLAINTIFF/APPELLEE:
    Latoya Fontenot

Jerome H. Moroux
Broussard & David, LLC
P. O. Box 3524
Lafayette, LA 70502-3524
(337) 233-2323
COUNSEL FOR PLAINTIFF/APPELLEE:
    Michael Robertson

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Latoya Fontenot v. UV Risk Retention Group, Inc. et al.*, 20-361 (La.App. 3 Cir. ___/___/21), ___ So.3d ___, we hereby amend the judgment to increase the award of past, present, and future physical pain and suffering to Ms. Fontenot to $150,000.00. We also increase the award of past, present, and future mental anguish and distress to Ms. Fontenot to $100,000.00. We also amend the judgment to increase the award of past, present, and future physical pain and suffering to Mr. Robertson to $250,000.00. We also increase the award of past, present, and future mental anguish and distress to Mr. Robertson to $150,000.00. In all other respects, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Defendants.

**AFFIRMED AS AMENDED.**